■ VICTORIA J. ALESSANDRO, Suing Herein as VICTORIA J. ALLESANDRO, Respondent, v JOSEPH T. ALESSANDRO, Sued Herein as JOSEPH T. ALLESANDRO, Appellant.—Order unanimously affirmed with costs. Memorandum: Supreme Court did not err in denying defendant's motion for a change of custody without a hearing. Defendant made no evidentiary showing to warrant a hearing (see, David W. v Julia W., 158 AD2d 1, 6-7). The circumstances alleged by defendant did not affect the well-being of the children. (Appeal from Order of Supreme Court, Suffolk County, Leiss, III, J.—Custody.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

■ CONNELLY CONSTRUCTION CORP., Appellant, v ROBERT MILLER, Respondent.—Judgment unanimously affirmed without costs for reasons stated at Supreme Court, Namm, J. (Appeal from Judgment of Supreme Court, Suffolk County, Namm, J.—Declaratory Judgment.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.